

**NUMBER 13-16-00204-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**HENRY & SONS CONSTRUCTION CO., INC.,** **Appellant,**

**v.**

**PABO CAMPOS,** **Appellee.**

---

### On Appeal from the County Court at Law No. 2
### of Nueces County, Texas.

---

# ORDER

**Before Chief Justice Valdez and Justices Garza and Longoria**
**Order Per Curiam**

Appellant, Henry & Sons Construction Co., Inc., has filed a motion to stay the trial

court proceedings during the pendency of its appeal of the trial court's order denying its

motion to compel arbitration. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.016 (West,

Westlaw through 2015 R.S.). Appellant contends that the emergency stay is necessary

to preserve the status quo and to prevent it from incurring the costs and expenses of

litigation when its right to compel arbitration is under consideration. The motion is opposed by appellee, Pablo Campos.

Having reviewed and fully considered appellant's motion to stay the trial court proceedings, we GRANT the motion and ORDER all proceedings in trial court cause number 2015CCV-61678-2 to be STAYED pending further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
3rd day of June, 2016.
.